IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>                        Plaintiff,         )<br>                                                         )<br>        vs.                                           )<br>                                                         )<br>MIGUEL ANGEL REYES,               )<br>                                                         )<br>                        Defendant.     ) | 8:10-CR-00403-LSC-TDT<br><br>ORDER |

This matter is before the court on the defendant's unopposed motion to continue trial (#16).  Defense counsel needs additional time to prepare for trial.  For good cause shown,

**IT IS ORDERED** that the motion to continue trial (#16) is granted, as follows:

1. The jury trial now set for January 4, 2010 is continued to **February 1, 2010.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between January 4, 2010 and February 1, 2010, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. Defendant shall file an affidavit or declaration regarding speedy trial, in compliance with NECrimR 12.1(a), no later than January 3, 2011.

**DATED December 23, 2010.**

                                                                BY THE COURT:

                                                                s/ F.A. Gossett, III
                                                                **United States Magistrate Judge**